UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:  ROGER T. RUMSEY          §
                                 §     CASE NO. 11-33548
                                 §         Chapter 7
                                 §

**DEBTORS' MOTION TO CONTINUE AUTOMATIC STAY**
(Expedited Consideration Requested)

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE YOUR RESPONSE WITHIN 20 DAYS OF THE DATE THIS WAS SERVED ON YOU YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

THERE WILL BE A HEARING ON THIS MOTION AT _____ BEFORE THE HONORABLE, __Letitia Paul__, UNITED STATES BANKRUPTCY JUDGE, 515 RUSK, HOUSTON, TEXAS 77002.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Debtors with this his motion to continue the automatic stay, and would respectfully show the Court as follows:

1.  This case was filed by Debtor on or about April 25, 2011, seeking relief under Chapter 7 of Title 11, United States Code.

2.  Debtor has had a case pending within the past one year period. Under 11 U.S.C. §

1

362(c), the automatic stay will lapse, or remain in effect, only for the 30-day period following the filing. Debtor now seeks to extend the automatic stay as to all creditors.

3.  This bankruptcy filing was filed in good faith. Debtor's previous filings were pro se and Debtor's case was dismissed earlier due to his inability to understand what documents he needed to file. This disability should not exist in this case.

## CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that the Court enter an granting relief as requested herein. Debtor requests equitable relief.

Andrew J. Bolton
724 West Main
Tomball, TX 77375
(281)351-7897
(281)255-8159 FAX
State Bar No. 00785706
Fed. I.D. 16271

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been forwarded via first class mail and PACER .

Andrew J. Bolton

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:  ROGER T. RUMSEY | § § § § | CASE NO. 11-33548
Chapter 7 |

**ORDER ON MOTION TO CONTINUE THE AUTOMATIC STAY**

CAME BEFORE THE COURT Debtors' motion to continue the automatic stay. The Court orders that the automatic stay, pursuant to 11 U.S.C. § 362, is hereby extended to all creditors during the pendency of this case, further order of this Court, or until such stay otherwise lapses by operation of law.

SIGNED: _____, 2011.

_____
U.S. BANKRUPTCY JUDGE

APPROVED AS TO FORM:

_____
Andrew J. Bolton
SBN.00785706
Fed. I.D. 16271