Certificate Number: 12459-TXS-CC-014527077

12459-TXS-CC-014527077

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 13, 2011</u>, at <u>3:07</u> o'clock <u>PM PDT</u>, <u>Roger Rumsey</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Southern District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>April 13, 2011</u>        By: <u>/s/Laura M Ahart</u>

                               Name: <u>Laura M Ahart</u>

                               Title: <u>Credit Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 05781-TXS-DE-014259326

Bankruptcy Case Number: ~~11-31135~~

05781-TXS-DE-014259326

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2011, at 8:34 o'clock AM PDT, ROGER RUMSEY completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: March 21, 2011

By: /s/Allison M Geving

Name: Allison M Geving

Title: President