IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: ROGER T. RUMSEY          CASE NO. 11-33548-H3-13
DEBTOR:

# NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN THAT** a **HEARING** in said cause is **SCHEDULED** for <u>MAY 17, 2011 at 11:00 A.M.</u> in **HOUSTON**, 515 Rusk, 4th Floor, Courtroom 401 to consider and act upon the following:

MOTION TO CONTINUE AUTOMATIC STAY   (#2)

Said <u>MOTION</u> may be reviewed at the office of the Clerk of the Court, United States Courthouse, Houston, Texas, during business hours.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

Dated: APRIL 26, 2011          BY: /s/ Maria Rodriguez