B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)    Case Number **11−33548**

UNITED STATES BANKRUPTCY COURT Southern District of Texas

# Notice of
# Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/25/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Roger T Rumsey
 dba Hawk Logistics
20715 Deauville Dr.
Spring, TX 77388

| Case Number: 11−33548 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos: xxx−xx−2010 |
|---|---|
| Attorney for Debtor(s) (name and address): Andrew Jeb Bolton Bolton Bolton PC 724 W Main Tomball, TX 77375 Telephone number:  281−351−7897 | Bankruptcy Trustee (name and address): David J Askanase Hughes Watters and Askanase LLP Three Allen Center 333 Clay, 29th Floor Houston, TX 77002 Telephone number:  713−759−0818 |

## Meeting of Creditors

Date:  **May 19, 2011**              Time:  **01:30 PM**
Location:  **Suite 3401, 515 Rusk Ave, Houston, TX 77002**

## Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 7/18/11**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:** United States Bankruptcy Court PO Box 61010 Houston, TX 77208 Telephone number:  (713) 250−5500 | **For the Court:** Clerk of the Bankruptcy Court: David J. Bradley |
|---|---|
| Hours Open:  Monday − Friday 9:00 AM − 5:00 PM | Date:  4/26/11 |

**EXPLANATIONS**                                                                     B9A (Official Form 9A) (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §§727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

```
                            United States Bankruptcy Court
                              Southern District of Texas
In re:                                                          Case No. 11-33548-lzp
Roger T Rumsey                                                  Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0541-4           User: mmap               Page 1 of 2               Date Rcvd: Apr 26, 2011
                               Form ID: b9a             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 28, 2011.
db           +Roger T Rumsey,    20715 Deauville Dr.,    Spring, TX 77388-4147
aty          +Andrew Jeb Bolton,    Bolton Bolton PC,    724 W Main,    Tomball, TX 77375-5540
tr           +David J Askanase,    Hughes Watters and Askanase LLP,    Three Allen Center,    333 Clay, 29th Floor,
               Houston, TX 77002-2571
7443839      +Absolute Team Sports, Ltd.,    18741 Stuebner Airline Rd.,    Spring, TX 77379-5458
7443840      +Advance Business Capital, LLC,    701 Canyon Dr. Ste 105,    Coppell, TX 75019-3873
7443841      +Amegy Bank,   655 Business Center Dr.,    Horsham, PA 19044-3409
7443843     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
              (address filed with court: BMW Financial,     5515 Parkcenter,    Dublin, OH   43017)
7443844      +Bolton & Bolton, PC,    724 West Main,    Tomball, TX 77375-5540
7443846      +Chrysler Financial,    1011 Warrenville Rd,    Lisle, IL 60532-0903
7443849      +Dash Pack Express Services, Inc.,    5832 Star Land,    Houston, TX 77057-7116
7443850      +Franklin Collection,    2978 W Jackson St,    Tupelo, MS 38801-6731
7443852      +HCTRA,   Dept 1,    PO Box 4440,    Houston, TX 77210-4440
7443853      +HS Financial Group, LLC,    PO Box 451193,    Westlake, OH 44145-0630
7443851      +Hardy Motors,    6310 Wallisville,    Houston, TX 77020-3143
7443854      +Linbarger Goggan & Blair,    1300 Main St. Ste 425,    Houston, TX 77002-7527
7443855      +Normandy Forest HOA,    PO Box 681007,    Houston, TX 77268-1007
7443856      +Reliant Leasing Systems,    825 South Loop West, Ste A-2,    Houston, TX 77054-4684
7443857      +Sprint,   PO Box 660075,    Dallas, TX 75266-0075
7443858      +Synergy Resources,    1310 Madrid Street Ste 106,    Marshall, MN 56258-4006
7443859      +Texas Comptroller,    PO Box 13127,    Austin, TX 78711-3127
7443860      +Trans Lease,    4475 East 74th St. Ste 103,    Commerce City, CO 80022-1495
7443861      +Transcore,    PO Box 8500,    Philadelphia, PA 19178-8500
7443862      +US Bancorp,    800 Nicolett Mall,    Minneapolis, MN 55402-2511
7443864      +Wells Fargo Financial,    PO Box 660278,    Dallas, TX 75266-0278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion07.hu.ecf@usdoj.gov Apr 26 2011 20:24:06     US Trustee,
               Office of the US Trustee,    515 Rusk Ave,    Ste 3516,    Houston, TX 77002-2604
7443842       EDI: AMEREXPR.COM Apr 26 2011 19:58:00      American Express,    PO Box 650448,
               Dallas, TX   75265-0448
7443845      +EDI: CAPITALONE.COM Apr 26 2011 19:58:00      Capital One,    PO Box 26074,
               Richmond, VA 23260-6074
7443847      +EDI: CRFRSTNA.COM Apr 26 2011 19:58:00      Credit First,    6275 Eastland Rd,
               Brook Park, OH 44142-1399
7443848      +EDI: DAIMLER.COM Apr 26 2011 19:58:00      Daimler Truck Financial,    13650 Heritag Pkwy,
               Fort Worth, TX 76177-5323
7443853      +E-mail/Text: bankruptcy@hsfinancialgroup.net Apr 26 2011 20:24:33     HS Financial Group, LLC,
               PO Box 451193,    Westlake, OH 44145-0630
7443863      +EDI: AFNIVZWIRE.COM Apr 26 2011 19:58:00      Verizon Wireless Bankruptcy Dept,    PO Box 3397,
               Bloomington, IL 61702-3397
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0541-4          User: mmap              Page 2 of 2             Date Rcvd: Apr 26, 2011
                              Form ID: b9a            Total Noticed: 30

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2011**                    Signature:    _Joseph Speetjens_