IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  ROGER T. RUMSEY                    CASE NO. 11-33548-H3-13
       DEBTOR:

# NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN THAT** a **HEARING** in said cause is **SCHEDULED** for <u>MAY 17, 2011 at 11:00 A.M.</u> in **HOUSTON**, 515 Rusk, 4th Floor, Courtroom 401 to consider and act upon the following:

MOTION TO CONTINUE AUTOMATIC STAY   (#2)

Said <u>MOTION</u> may be reviewed at the office of the Clerk of the Court, United States Courthouse, Houston, Texas, during business hours.

PURSUANT TO BANKRUPTCY LOCAL RULE 2002(a), "MOVANT" SHALL SERVE NOTICE OF THIS HEARING TO ALL PARTIES IN INTEREST.

Dated:  APRIL 26, 2011                    BY: *Maria Rodriguez* (signature)

United States Bankruptcy Court
Southern District of Texas

In re:  
Roger T Rumsey  
      Debtor

Case No. 11-33548-lzp  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0541-4      User: mrod      Page 1 of 1      Date Rcvd: Apr 26, 2011  
                       Form ID: pdf002      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2011.  
db        +Roger T Rumsey,   20715 Deauville Dr.,   Spring, TX 77388-4147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2011**                **Signature:** _Joseph Speetjens_