BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP           BDFTE# 00000002453736
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX  75001
(972) 341-0500

Attorney for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-33548-H3-7 |
| | § | |
| ROGER T. RUMSEY, | § | |
|     Debtor | § | CHAPTER 7 |

**NOTICE OF APPEARANCE AND REQUEST FOR DUPLICATE
NOTICE COMBINED WITH REQUEST FOR ALL COPIES PURSUANT TO
BANKRUPTCY RULE 2002(a), (b) AND PLEADINGS PURSUANT
TO BANKRUPTCY RULES 3017(a) AND 9007**

Comes now BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP pursuant to Bankruptcy Rules 9010 (b), 2002 (a), (b), 3017 (a), 9007, and files this Notice of Appearance and Demand for Service of Papers as Counsel for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST , secured creditor and party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP**
15000 SURVEYOR BLVD SUITE 100
ADDISON, TX 75001
(972) 341-0500

  This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

  This Notice of Appearance shall not be construed as authorization to serve counsel for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seg. The undersigned firm will not accept service of process in any adversary case for WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST.

  BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney

on any mailing matrix to be prepared or existing in the above-numbered case, and on any list

of creditors to be prepared or existing in the above-numbered bankruptcy case.

       BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP


     BY: /s/ STEVE TURNER
       STEVE TURNER
       TX NO. 20341700
       15000 SURVEYOR BLVD SUITE 100
       ADDISON, TX 75001
       Telephone: (972) 341-0500
       Facsimile: (972) 341-0502
       E-mail:  SDECF@BDFGROUP.COM
       ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2011, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attatched list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ STEVE TURNER                    5/12/2011
    STEVE TURNER
    TX NO. 20341700
    15000 SURVEYOR BLVD SUITE 100
    ADDISON, TX 75001
    Telephone: (972) 341-0500
    Facsimile: (972) 341-0502
    E-mail: SDECF@BDFGROUP.COM
    ATTORNEY FOR CLAIMANT

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
ROGER T. RUMSEY
20715 DEAUVILLE DR.
SPRING, TX  77388

**DEBTOR'S ATTORNEY:**
ANDREW J. BOLTON
724 W. MAIN
TOMBALL, TX  77375

**TRUSTEE:**
DAVID J. ASKANASE
THREE ALLEN CENTER
333 CLAY, 29TH FLR
HOUSTON, TX  77002

BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
ATTORNEYS AND COUNSELORS AT LAW

May 11, 2011

ANDREW J. BOLTON
724 W. MAIN
TOMBALL, TX  77375

RE:  Lender:           WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO
                       WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS
                       AND/OR SUCCESSORS IN INTEREST
     Loan Number:      ****1774
     BDFTE Number:     00000002453736
     Debtor:           ROGER T. RUMSEY
     District :        Southern
     Case Number:      11-33548-H3-7

Our client, WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, has referred the above referenced case to our office for bankruptcy representation. WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST offers loss mitigation workout options to debtor(s) while in an active bankruptcy status.  Your client may qualify for one of the workout options.  If the debtor(s) is interested in exploring these workout options, a financial information form can be requested from our office.  The financial information form must be filled out by the debtor(s) and returned to our office for submission to the lender to start the loss mitigation process.

If the debtor(s) in this case is interested in these workout options, please contact our office below.

Sincerely,


HOMEOWNERS ASSISTANCE DEPARTMENT
LossMit@BDFGroup.com
(800) 795-5041