

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**ENTERED**
**05/18/2011**

In re:  ROGER T. RUMSEY          §
                                 §          CASE NO. 11-33548
                                 §          Chapter 7
                                 §

**ORDER ON MOTION TO CONTINUE THE AUTOMATIC STAY**

CAME BEFORE THE COURT Debtors' motion to continue the automatic stay. The Court orders that the automatic stay, pursuant to 11 U.S.C. § 362, is hereby extended to all creditors during the pendency of this case, further order of this Court, or until such stay otherwise lapses by operation of law.

SIGNED: _____5/17/11_____, 2011.

_____
U.S. BANKRUPTCY JUDGE

APPROVED AS TO FORM:

_____
Andrew J. Bolton
SBN.00785706
Fed. I.D. 16271

3