Case 11-33548   Document 2   Filed in TXSB on 04/25/11   Page 3 of 3



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/18/2011

In re:   ROGER T. RUMSEY   §
　　　　　　　　　　　　　§   CASE NO. 11-33548
　　　　　　　　　　　　　§   Chapter 7
　　　　　　　　　　　　　§

### ORDER ON MOTION TO CONTINUE THE AUTOMATIC STAY

CAME BEFORE THE COURT Debtors' motion to continue the automatic stay. The Court orders that the automatic stay, pursuant to 11 U.S.C. § 362, is hereby extended to all creditors during the pendency of this case, further order of this Court, or until such stay otherwise lapses by operation of law.

SIGNED: _____5/17/11_____, 2011.

_____
U.S. BANKRUPTCY JUDGE

APPROVED AS TO FORM:

_____
Andrew J. Bolton
SBN.00785706
Fed. I.D. 16271

3

United States Bankruptcy Court
Southern District of Texas

In re:  
Roger T Rumsey  
    Debtor

Case No. 11-33548-lzp  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0541-4     User: tcam    Page 1 of 1    Date Rcvd: May 18, 2011  
Form ID: pdf002    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2011.  
db     +Roger T Rumsey,   20715 Deauville Dr.,   Spring, TX 77388-4147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr      Wells Fargo Bank, N.A.

    TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 20, 2011**      Signature: _Joseph Speetjens_