**Form B18** (Official Form 18)(12/07)

# UNITED STATES BANKRUPTCY COURT
Southern District of Texas

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years including married, maiden, trade, and address):

Roger T Rumsey
dba Hawk Logistics

xxx–xx–2010
20715 Deauville Dr.
Spring, TX 77388

Case Number: 11–33548

Chapter: 7

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Signed and Entered on Docket: 7/19/11

LETITIA Z. PAUL
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### *Collection of Discharged Debts Prohibited*

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### *Debts That are Discharged*

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### *Debts that are Not Discharged*

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                              Southern District of Texas

In re:                                                         Case No. 11-33548-lzp
Roger T Rumsey                                                 Chapter 7
        Debtor             CERTIFICATE OF NOTICE

District/off: 0541-4          User: admin                Page 1 of 2      Date Rcvd: Jul 19, 2011
                              Form ID: b18               Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2011.
db           +Roger T Rumsey,    20715 Deauville Dr.,    Spring, TX 77388-4147
tr           +David J Askanase,   Hughes Watters and Askanase LLP,    Three Allen Center,   333 Clay, 29th Floor,
              Houston, TX 77002-2571
7443839      +Absolute Team Sports, Ltd.,    18741 Stuebner Airline Rd.,    Spring, TX 77379-5458
7443840      +Advance Business Capital, LLC,    701 Canyon Dr. Ste 105,    Coppell, TX 75019-3873
7443841      +Amegy Bank,   655 Business Center Dr.,    Horsham, PA 19044-3409
7443843     ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,   DUBLIN OH 43016-0306
              (address filed with court: BMW Financial,    5515 Parkcenter,    Dublin, OH 43017)
7443844      +Bolton & Bolton, PC,    724 West Main,    Tomball, TX 77375-5540
7443846      +Chrysler Financial,    1011 Warrenville Rd,    Lisle, IL 60532-0903
7443849      +Dash Pack Express Services, Inc.,    5832 Star Land,   Houston, TX 77057-7116
7443850      +Franklin Collection,    2978 W Jackson St,    Tupelo, MS 38801-6731
7443852      +HCTRA,   Dept 1,   PO Box 4440,    Houston, TX 77210-4440
7443851      +Hardy Motors,   6310 Wallisville,    Houston, TX 77020-3143
7521043       Harris County TRA,    c/o John P Dillman,    Linebarger Goggan Blair & Sampson LLP,   P.O. Box 3064,
              Houston, Tx. 77253-3064
7443854      +Linbarger Goggan & Blair,    1300 Main St. Ste 425,   Houston, TX 77002-7527
7443855      +Normandy Forest HOA,    PO Box 681007,    Houston, TX 77268-1007
7443856      +Reliant Leasing Systems,    825 South Loop West, Ste A-2,    Houston, TX 77054-4684
7443858      +Synergy Resources,    1310 Madrid Street Ste 106,   Marshall, MN 56258-4006
7443859      +Texas Comptroller,    PO Box 13127,    Austin, TX 78711-3127
7443860      +Trans Lease,    4475 East 74th St. Ste 103,    Commerce City, CO 80022-1495
7443861      +Transcore,   PO Box 8500,    Philadelphia, PA 19178-8500
7443862     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bancorp,    800 Nicolett Mall,    Minneapolis, MN 55402)
7443864      +Wells Fargo Financial,    PO Box 660278,    Dallas, TX 75266-0278

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +EDI: BASSASSOC.COM Jul 19 2011 21:23:00      HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,
              3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
7443842       EDI: AMEREXPR.COM Jul 19 2011 21:23:00      American Express,    PO Box 650448,
              Dallas, TX 75265-0448
7443845      +EDI: CAPITALONE.COM Jul 19 2011 21:23:00      Capital One,    PO Box 26074,
              Richmond, VA 23260-6074
7443847      +EDI: CRFRSTNA.COM Jul 19 2011 21:23:00      Credit First,    6275 Eastland Rd,
              Brook Park, OH 44142-1399
7443848      +EDI: DAIMLER.COM Jul 19 2011 21:23:00      Daimler Truck Financial,    13650 Heritag Pkwy,
              Fort Worth, TX 76177-5323
7443853      +E-mail/Text: bankruptcy@hsfinancialgroup.net Jul 19 2011 23:54:17       HS Financial Group, LLC,
              PO Box 451193,    Westlake, OH 44145-0630
7443857      +EDI: NEXTEL.COM Jul 19 2011 21:23:00      Sprint,    PO Box 660075,   Dallas, TX 75266-0075
7443863      +EDI: AFNIVZWIRE.COM Jul 19 2011 21:23:00      Verizon Wireless Bankruptcy Dept,   PO Box 3397,
              Bloomington, IL 61702-3397
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Wells Fargo Bank, N.A.
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0541-4          User: admin              Page 2 of 2              Date Rcvd: Jul 19, 2011
                              Form ID: b18             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2011**                    **Signature:**    _/s/ Joseph Speetjens_