UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:  Roger T Rumsey

**Debtor(s)**

Case No.: 11–33548

Chapter:  7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. David J Askanase is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/19/11

LETITIA Z. PAUL
United States Bankruptcy Judge