**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Roger T Rumsey

**Debtor(s)**

Case No.: 11–33548
Chapter:  7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. David J Askanase is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/19/11

LETITIA Z. PAUL
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

```
In re:                                                              Case No. 11-33548-lzp
Roger T Rumsey                                                      Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: admin              Page 1 of 2             Date Rcvd: Aug 19, 2011
                              Form ID: fnldtxs         Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2011.
```
db          +Roger T Rumsey,    20715 Deauville Dr.,    Spring, TX 77388-4147
cr          +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
7443839     +Absolute Team Sports, Ltd.,    18741 Stuebner Airline Rd.,    Spring, TX 77379-5458
7443840     +Advance Business Capital, LLC,    701 Canyon Dr. Ste 105,    Coppell, TX 75019-3873
7443841     +Amegy Bank,    655 Business Center Dr.,    Horsham, PA 19044-3409
7443842      American Express,    PO Box 650448,    Dallas, TX 75265-0448
7443843    ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,   DUBLIN OH 43016-0306
             (address filed with court: BMW Financial,     5515 Parkcenter,    Dublin, OH   43017)
7443844     +Bolton & Bolton, PC,    724 West Main,    Tomball, TX 77375-5540
7443845     +Capital One,    PO Box 26074,    Richmond, VA 23260-6074
7443846     +Chrysler Financial,    1011 Warrenville Rd,    Lisle, IL 60532-0903
7443847     +Credit First,    6275 Eastland Rd,    Brook Park, OH 44142-1399
7443849     +Dash Pack Express Services, Inc.,    5832 Star Land,    Houston, TX 77057-7116
7443850     +Franklin Collection,    2978 W Jackson St,    Tupelo, MS 38801-6731
7443852     +HCTRA,   Dept 1,    PO Box 4440,    Houston, TX 77210-4440
7443851     +Hardy Motors,    6310 Wallisville,    Houston, TX 77020-3143
7521043      Harris County TRA,    c/o John P Dillman,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
              Houston, Tx. 77253-3064
7443854     +Linbarger Goggan & Blair,    1300 Main St. Ste 425,    Houston, TX 77002-7527
7443855     +Normandy Forest HOA,    PO Box 681007,    Houston, TX 77268-1007
7443856     +Reliant Leasing Systems,    825 South Loop West, Ste A-2,    Houston, TX 77054-4683
7443857     +Sprint,   PO Box 660075,    Dallas, TX 75266-0075
7443858     +Synergy Resources,    1310 Madrid Street Ste 106,    Marshall, MN 56258-4006
7443859     +Texas Comptroller,    PO Box 13127,    Austin, TX 78711-3127
7443860     +Trans Lease,    4475 East 74th St. Ste 103,    Commerce City, CO 80022-1495
7443861     +Transcore,    PO Box 8500,    Philadelphia, PA 19178-8500
7443862    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bancorp,    800 Nicollett Mall,    Minneapolis, MN   55402)
7443864     +Wells Fargo Financial,    PO Box 660278,    Dallas, TX 75266-0278
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
7443853     +E-mail/Text: bankruptcy@hsfinancialgroup.net Aug 19 2011 21:38:17     HS Financial Group, LLC,
              PO Box 451193,    Westlake, OH 44145-0630
7521043      E-mail/Text: houston_bankruptcy@LGBS.com Aug 19 2011 21:39:05      Harris County TRA,
              c/o John P Dillman,    Linebarger Goggan Blair & Sampson LLP,    P.O. Box 3064,
              Houston, Tx. 77253-3064
7443863     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Aug 20 2011 00:36:32
              Verizon Wireless Bankruptcy Dept,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Wells Fargo Bank, N.A.
7443848    ##+Daimler Truck Financial,    13650 Heritag Pkwy,    Fort Worth, TX 76177-5323
                                                                                             TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0541-4          User: admin              Page 2 of 2              Date Rcvd: Aug 19, 2011
                              Form ID: fnldtxs         Total Noticed: 28

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2011**                     **Signature:**   _/s/ Joseph Speetjens_